The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUC LONG TRAN VU,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>GPLUS REALTY,<br><br>Garnishee. | NO. 3:18-MC-05021-BHS<br><br>(3:13-CR-05471-RJB-1)<br><br>**Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee, GPlus Realty, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee filed a Form Answer on October 18, 2018, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Duc Long Tran Vu aka Eddie Vu (Mr. Vu), was an active employee who is paid solely on earned commission through real estate transactions completed by Mr. Vu. Mr. Gerhard Swiderski, owner of Garnishee GPlus Realty, further stated his intent to completely comply with the Garnishment obligations should

CONTINUING GARNISHMENT ORDER (*USA v. Duc Long Tran Vu & GPlus Realty*, Court Nos. 3:18-MC-05021-BHS & 3:13-CR-05471-RJB-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Defendant/Judgment Debtor Vu produce any income while employed as an independent contractor at GPlus Realty.

After notification of the garnishment proceeding was mailed to the parties on or about October 2, 2018, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, GPlus Realty, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Duc Long Tran Vu aka Eddie Vu, upon each period of time when Defendant/Judgment Debtor Vu is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor; or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Vu's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:13-CR-05417-RJB-1 and 3:18-MC-05021-BHS, and to deliver such payment either personally or by First Class Mail to:

CONTINUING GARNISHMENT ORDER (*USA v. Duc Long Tran Vu & GPlus Realty*, Court Nos. 3:18-MC-05021-BHS & 3:13-CR-05471-RJB-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

DATED this \_\_\_7\_\_\_ day of \_\_\_\_January\_\_\_\_, 2019

_____
JUDGE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHMENT ORDER** (*USA v. Duc Long Tran Vu & GPlus Realty,* **Court Nos. 3:18-MC-05021-BHS & 3:13-CR-05471-RJB-1) - 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970